UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON M. ALBRIGHT and<br>STEPHANIE ALBRIGHT (Husband/Wife)<br><br>Plaintiffs<br><br>v.<br><br>BAILEY L. MORRIS; JOHN MORRIS;<br>ALPHA O. SACKO;<br>PV HOLDING CORPORATION;<br>AVIS RENT A CAR SYSTEM, LLC;<br>AVIS RENT A CAR SYSTEM, INC.; and<br>AVIS BUDGET GROUP, INC.<br>Defendants | : CIVIL ACTION<br>:<br>: CASE NO.: 2:19-cv-00430-JS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED |

### NOTICE OF DISMISSAL

TO THE CLERK:

    Kindly mark this matter dismissed with prejudice.

Respectfully submitted,

**THE LAW OFFICES OF KEVIN M. SIEGEL**
One Greentree Centre
10,000 Lincoln Drive East – Suite 201
Marlton, NJ 08053
PA Atty ID 75548
PHONE (856) 988-5520
FAX (856) 504-0140
EMAIL Kevin@KMSLawGroup.com

Date: January 11, 2022    By: ___/s/ Kevin M. Siegel___
                                          KEVIN M. SIEGEL, ESQUIRE